1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DEBRA ANN LOCKETT,

11           Plaintiff,                         No. CIV S-08-0562 LKK EFB PS

12        vs.

13   THE PEOPLE OF THE STATE OF
     CALIFORNIA, YOLO COUNTY
14   SUPERIOR COURT CASE NO. 037215
     vs. DEBRA ANN LOCKETT,
15
             Defendants.                        ORDER
16   _____/

17          On May 28, 2008, the magistrate judge filed findings and recommendations herein

18   which were served on the parties and which contained notice that any objections to the findings

19   and recommendations were to be filed within ten days.  No objections were filed.

20           Accordingly, the court presumes any findings of fact are correct.  See Orland v.

21   United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

22   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

23   1983).

24          The court has reviewed the applicable legal standards and, good cause appearing,

25   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

26   \\\\\

                                                   1

1          Accordingly, IT IS ORDERED that:

2          1.  The proposed Findings and Recommendations filed May 28, 2008, are

3    ADOPTED; and

4          2. This action is dismissed without prejudice; and,

5          3.  The Clerk is directed to close the case.  See Fed. R. Civ. P. 41(b); Local Rule

6    11-110.

7    DATED: July 10, 2008.

8

9

10          LAWRENCE K. KARLTON
            SENIOR JUDGE
11          UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2